**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-10108-HCM |
| WILLIAM H. FERRIS | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE**

COME NOW C. Daniel Roberts of C. Daniel Roberts & Associates, P.C. and Kemp Gorthey, attorneys for James Gatlin, a party in interest in the above captioned and numbered bankruptcy case ("Bankruptcy Case"), and hereby enter an appearance in this Bankruptcy Case to request, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure ("FRBP"), that all notices given or required to be served on James Gatlin in the Bankruptcy Case be directed to:

**C. Daniel Roberts**
**C. DANIEL ROBERTS & ASSOCIATES, P.C.**
**1602 E. Cesar Chavez**
**Austin, Texas 78702**
**Telephone: (512) 494-8448**
**Facsimile: (512) 494-8712**
**Email: droberts@cdrlaw.net**

**AND**

**Kemp Gorthey**
**604 West 12th Street**
**Austin, Texas 78701**
**Telephone: (512) 236-8007**
**Facsimile: (512) 479-6417**
**Email: kempgorthey@austin.rr.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes the notices and papers referred to in FRBP 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings,

answers, responses, memoranda or briefs in support of the foregoing, and any other documents brought before the Court with respect to the Bankruptcy Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED this the 9th day of March, 2015.

Respectfully submitted,

C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712

By: *__/s/ C. Daniel Roberts__*
C. Daniel Roberts
Texas Bar No.: 16999200
droberts@cdrlaw.net

AND

Kemp W. Gorthey
Texas Bar No. 08221275
604 West 12th Street
Austin, Texas 78701
Telephone: (512) 236-8007
Facsimile: (512) 479-6417
kempgorthey@austin.rr.com

ATTORNEY FOR JAMES GATLIN

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on the 9th day of March, 2015, a true and correct copy of the foregoing document was served upon the following parties and the parties on the attached service list via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

William H. Ferris
1805 Raleigh Avenue
Austin, Texas 78703
DEBTOR

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
ATTORNEY FOR DEBTOR

Randolph N. Osherow
342 W Woodlawn, Suite 100
San Antonio, Texas 78212
CHAPTER 7 TRUSTEE

Steve Turner
Barret Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, Texas 78701
ATTORNEYS FOR CHAPTER 7 TRUSTEE

United States Trustee
903 San Jacinto, Suite 230
Austin, Texas 78701