**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-10108-HCM |
| WILLIAM H. FERRIS | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## AGREEMENT TO EXTEND STATUTE OF LIMITATIONS

1. On January 21, 2016, the Court in the above captioned and numbered case signed and docketed the Order on Agreed Motion for Expedited Status Conference to Accept Joint Stipulation and Agreement (Doc #72) (the "Order").

2. Pursuant to the Order, the Court ordered as follows:

    1) That any applicable statute of limitations arising under state or federal law that would otherwise bar a cause of action asserted by the Trustee concerning the acts and events related to the transfers of the Southern Oaks Commercial Park are hereby tolled and extended up to and through May 12, 2016.

    2) The parties may extend this date without further action of the Court until June 11, 2016, by written agreement signed by all parties named in the Joint Stipulation and Agreement [Docket No. 68].

3. Pursuant to the above quoted language in the Order, the undersigned hereby agree to extend the tolling of any said statute of limitations from May 12, 2016 to June 11, 2016.

STIPULATED AND AGREED:

Brain S. Engel
Steve Turner
610 West 5th St. Suite 602
Austin, TX 78701

By:____________________
Brain S. Engel
ATTORNEYS FOR RANDOLPH N. OSHEROW, CHAPTER 7 TRUSTEE

James Gatlin, an individual
Austin Capital Advisors, LLC
GW Loan, LLC
SO Storage Land, LLC
Texas Apartment 33 Mgmt, LLC

By: Kemp Gorthey
Kemp Gorthey, their attorney
by C. Daniel Roberts
WITH PERMISSION

Les O. Starnes
Starnes Family Trust

By:____________________
Kyle Gray, their attorney